UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-6-2020
```

Steven E. Greer,

                Plaintiff,

-against-

Tucker Carlson et al.,

                Defendants.

1:20-cv-05484 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 26.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, shall be made to Judge Aaron in compliance with his Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-stewart-d-aaron.

    With regard to Plaintiff's "Cover Letter for Correct Complaint Submission" (ECF No. 7), if Plaintiff wishes to amend the Complaint that is on file at ECF No. 1, Plaintiff may submit, no later than August 13, 2020, an amended complaint, labeled as such, including all exhibits, for filing by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Any further proposed amendments shall be sought by motion, pursuant to Rule 15 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED:   New York, New York
         August 6, 2020

                                                                                            _____
                                                                                            STEWART D. AARON
                                                                                           United States Magistrate Judge