# AFFIDAVIT OF MAILING

DELTA COURT SERVICE
87-67 148TH STREET
JAMAICA, NY 11435
DCA LICENSE# 2084432

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CASE # 1;20-CV-05458 (LTS)(SDA)**

**STEVEN E. GREER**

-PLAINTIFF

vs.

**TUCKER CARLSON, FOX CORPORATION, FOX NEWS MEDIA, FOX NEWS NETWORK LLC, LACHLAN MURDOCH, SUZANNE SCOTT, JUSTIN WELLS, BLAKE NEFF, CHARLES GASPARINO, FOX BUSINESS NETWORK. BRIAN JONES AND NEWS CORPORATION, DOW JONES, THE WALL STREET JOURNAL, GERARD BAKER, JENNIFER STRASBURG.**

- DEFENDANTS

---

STATE OF NEW YORK, COUNTY OF QUEENS

**KATHLEEN RAWNER**, BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS NOT A PARTY TO THIS ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN THE STATE OF NEW YORK.

ON **8/14/20** DEPONENT ENCLOSED A COPY OF THE WITHIN **COMPLAINT FOR : 1- UNFAIR COMPETITION BY MISAPPROPRATION - (COMMON LAW). 2- MISAPPROPRIATION OF "HOT NEWS" - (COMMOM LAW), 3 - UNJUST ENRICHMENT - (COMMON LAW), 4 - "BLACKLISTING" -** i.e. **TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS, AND TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, (BOTH COMMON LAW), AND INJURY TO BUSINESS REPUTATION (NY GEN BUS 360-L 92012), 5 - DEFAMATION - (COMMON LAW), 6 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - (COMMON LAW).**IN A POSTPAID SEALED WRAPPER PROPERLY ADDRESSED TO **RUDY GIULIANI** AT THE ADDRESS OF **45 E. 66TH STREET, 10TH FLOOR, NEW YORK, NEW YORK 10065.** DEPOSITED SAID WRAPPER IN A POST OFFICE OF THE UNITED STATES POSTAL SERVICE TO BE MAILED BY FIRST CLASS MAIL. MARKED PERSONAL AND CONFIDENTIAL.

SWORN TO BEFORE ME ON
8-17-2020

**KATHLEEN RAWNER**

VICTOR RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399727
Qualified in Nassau County
My Commission Expires 10-28-2023