# MINTZ & GOLD LLP
## ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE *(dec.)*
    (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ *(dec.)*
HONORABLE HOWARD MILLER
    (NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2020

December 9, 2020

**Via ECF**
Hon. Stewart D. Aaron
United States District Court
500 Pearl Street
New York, NY 10007-1312

ENDORSEMENT: Based upon Defendant Carlson's letter (ECF No. 110), and the Court's *in camera* review of CARLSON 0067-69, the Court is satisfied that these documents evidence Florida club memberships. SO ORDERED.
Dated: 12/10/2020

*/s/ Stewart D. Aaron*

Re:  Greer v. Carlson et al.
     1:20-cv-05484-LTS-SDA

Dear Judge Aaron:

We write pursuant to the Court's Order of December 7, 2020 (ECF No. 108).

The document produced at CARLSON 0067 contains Mr. Carlson's club membership account number in two separate places (at the top right and bottom left of the page) and reflects a charge for a meal. We further respectfully draw the Court's attention to the fact that the statement contains a direction to forward billing inquiries to a "Member Accounting Specialist." The document evidences his club membership because such statements are issued to members when they charge at the club pursuant to their membership privileges.

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Stewart D. Aaron
December 9, 2020
Page Two

      The document produced at CARLSON 0069 similarly contains Mr. Carlson's membership account number next to the date of the statement. The nature of the expenditure on May 13, 2020, was a work order for equipment repair. The Court is correct that the documents at CARLSON 0068 and 0069 are related and address different amenities that are available to club members.

      Respectfully submitted,

      ***/s/ Steven G. Mintz***

      Steven G. Mintz

Cc:    Dr. Steven E. Greer (Pro se)