```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven E. Greer,

                      Plaintiff,

-against-

Tucker Carlson et al.,

                      Defendants.

1:20-cv-05484 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The Court has received in its Chambers email inbox Plaintiff's memorandum of law and declaration in opposition to Defendants' motion to dismiss (ECF No. 46), along with several exhibits in support thereof. For the time being, the Court has filed these papers to the docket under seal (*see* ECF Nos. 112, 113). No later than December 31, 2020, Defendants shall submit for Court approval any proposed redactions to these papers with respect to information that they contend is confidential.

    The Court has also received via email Defendants' proposed newly redacted versions of the letters previously filed under seal at ECF Nos. 101 and 103. The Court has approved these newly redacted versions and filed them to the docket at ECF Nos. 114 and 115. The versions of these letters filed at ECF Nos. 101 and 103 shall be maintained under seal.

**SO ORDERED.**

Dated:    New York, New York
             December 15, 2020

                                                              _____
                                                              STEWART D. AARON
                                                               United States Magistrate Judge