**Steven E. Greer, M.D.**
7029 Maidstone Drive
Port Saint Lucie, FL 34986
(212) 945-7252
steve@greerjournal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

January 28, 2021

**Magistrate Judge Stewart D. Aaron**
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

Re: *Greer v. Carlson, et al*, Civil Action No. 1:20-cv-05458 (LTS)(SDA)

Dear Judge Aaron:

    I am the *pro se* Plaintiff and am writing to request clarification of the order from today (ECF 134) setting March 4th as the date for a conference to discuss matters (see ECF 132). Pending from this chamber still is a decision on whether or not Defendants will need to first file a motion on the pleadings that would entail the numerous other defense arguments that were not raised in their streamlined motion to dismiss. If they should, then my amended complaint, which is now due March 1st (see ECF 133), would be able to address those new arguments and obviate several more amendment complaints.

    Therefore, a conference call with Your Honor on February 4th rather than March 4th would be more timely, or perhaps not. Thus, I seek clarification.

Respectfully,
*/s/ Steven Greer*
Steven E. Greer, pro se

---

At the time that Plaintiff filed his correspondence with the Court that is the subject of my 1/13/21 Text Only Order (ECF No. 132), there was pending before District Judge Swain my Report and Recommendation dated 12/24/20. (R&R, ECF No. 121.) On 1/28/21, Judge Swain entered an Order adopting my R&R in full. (1/28/21 Order, ECF No. 133.) Specifically, Judge Swain granted the moving defendants' motion to dismiss (*see id*. at 2), such that there are no pending claims in this case against any defendant, unless and until Plaintiff files a Second Amended Complaint by 3/1/21, pursuant to the leave granted by her. (*See id*.) Thus, there is no need for a court conference earlier than the one currently scheduled for 3/4/21 (which conference will be canceled if Plaintiff chooses not to file a Second Amended Complaint). If the *pro se* Plaintiff seeks legal advice regarding any of the issues raised in his prior correspondence, he may seek it through the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York (https://nysd.uscourts.gov/attorney/legal-assistance). SO ORDERED.

*/s/ Stewart D. Aaron*