```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven E. Greer,

                  Plaintiff,

-against-

Tucker Carlson et al.,

                  Defendants.

1:20-cv-05484 (LTS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

       Following a telephonic conference with the parties today, the Court hereby ORDERS as follows:

       1.     Any Defendant that will file an Answer in response to Plaintiff's Second Amended Complaint shall do so by March 25, 2021.

       2.     Any Defendant that will move to dismiss the Second Amended Complaint shall do so by April 9, 2021. Plaintiff shall file any opposing papers by April 23, 2021, and Defendants shall file any reply papers by May 5, 2021. Any request for extension of the page limits for such briefing shall be addressed to the Undersigned.

       3.     At this time, Judge Swain does not require any further briefing with regard to Defendant Blake Neff's Motion to Vacate the Clerk's Certificate of Default (ECF No. 75).

**SO ORDERED.**

Dated:      New York, New York
               March 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge