**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Steven E. Greer,

                      Plaintiff,

-against-

Fox Corporation et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2021

1:20-cv-05484 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The Court is in receipt of a Letter Motion by the Fox News Defendants and the News Corp. Defendants (collectively, the "Moving Defendants"), dated July 15, 2021 (ECF No. 176), and Plaintiff's Letter responding thereto, also dated July 15, 2021 (ECF No. 177). The Moving Defendants request that the Court quash a subpoena to Database by Design LLC that Plaintiff obtained from the Clerk of Court earlier on July 15, 2021 (the "Subpoena").

    Presently pending before Chief Judge Swain in this action are objections with respect to my Report and Recommendation dated June 3, 2021 (ECF No. 160), in which I recommended that Defendants' motions to dismiss this action be granted, but that Plaintiff be granted leave to replead certain of his claims. By reason of the foregoing, discovery is stayed pending further order of the Court. Until the Court lifts that stay, (1) Plaintiff shall refrain from serving the Subpoena; and (2) Plaintiff shall refrain from requesting or obtaining any further subpoenas from the Clerk of Court.

    Defendants are directed to email a copy of this Order to the *pro se* Plaintiff.

    The Clerk of Court is respectfully requested to cancel the gavel at ECF No. 176.

SO ORDERED.

Dated: New York, New York
July 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge