**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

STEVEN E. GREER,

                Plaintiff,                20 **CIVIL** 5484 (LTS) (SDA)

     -against-                      **<u>JUDGMENT</u>**

FOX CORPORATION, et al.,

                Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Order dated September 07, 2022, the Report is adopted insofar as it recommends the dismissal of all of Plaintiff's claims. Plaintiff's objections to the Report are overruled, and Defendants' objections to the Report are sustained. The motions to dismiss are granted in full and the SAC is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
         September 08, 2022

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                     **BY:**

                                                                 **Deputy Clerk**